IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD MCKENZIE,** | Case No. 2:23-cv-2764-DAD-JDP (P) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **THERESA CISNEROS,** | |
| Defendant. | |

On September 16, 2024, the Court referred this matter to early ADR and stayed the case for 120 days. (ECF No. 19.) On November 14, 2024, Defendant filed a request to opt out of early ADR. (ECF No. 20.)

Good cause having been shown, the request is hereby **GRANTED**. The stay in this matter is lifted and Defendant shall file a responsive pleading within fourteen days of the date of this order.

IT IS SO ORDERED.

Dated:   November 19, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE